# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO. 3:10-CR-039-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ENCARNACION CHAVEZ- ) | |
| MONTEMAYOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Seal Supplemental Response To Defendant's Motion To Dismiss" (Document No. 28) filed June 27, 2014. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE ORDERED** that the "Government's Motion To Seal Supplemental Response To Defendant's Motion To Dismiss" (Document No. 28) is **GRANTED.**

**IT IS FURTHER ORDERED** that the "Supplemental Response In Opposition" (Document No. 27) to Defendant Encarnacion Chavez-Montemayor's Motion to Dismiss and related Memorandum of Law (Document Nos. 22 and 23) shall be sealed until otherwise ordered by the Court.

**SO ORDERED**.

Signed: June 30, 2014

_____
David C. Keesler
United States Magistrate Judge